[No. 31660-9-II.   Division Two.   July 7, 2005.]

Joo H. Kim, *Respondent*, v. Tae C. Han et al., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-02998-6. Theodore F. Spearman, J., entered July 22, 2004. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 31681-1-II.   Division Two.   July 7, 2005.]

Anthony G. Malella, *Appellant*, v. Lona Keist et al., *Defendants*, Lona Keist, *Individually and as Trustee, Respondent.*

Appeal from a judgment of the Superior Court for Skamania County, No. 01-2-00122-3. Edwin L. Poyfair, J., entered April 16, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.

[No. 31737-1-II.   Division Two.   July 7, 2005.]

*In the Matter of the Marriage of* Diane Jeanette Leichner, *Respondent*, and David Lewis Leichner, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 97-3-01285-1, John F. Nichols, J., entered May 6, 2004. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Van Deren, JJ.

[No. 31923-3-II.   Division Two.   July 7, 2005.]

Burlington Environmental, Inc., *Respondent*, v. The City of Bremerton, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-2-02152-1. M. Karlynn Haberly, J., entered June 25, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.